# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KARLA JANETH VELAZQUEZ-LIZARRAGA,<br><br>Defendant. | Case No. 19-CR-2940-LAB<br><br>**JUDGMENT AND ORDER DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, the Information in this case is hereby dismissed without prejudice.

DATED: October 17, 2019

**SO ORDERED.**

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE